| | |
|---|---|
| 1 | Name: Josefina Trujillo |
| 2 | Address: PO Box 1708, Greenfield, CA 93927 |
| 3 | |
| 4 | Phone Number: (831) 214-7166 |
| 5 | E-mail Address: trujillohomes@hotmail.com |
| 6 | Pro Se |

**RECEIVED**

MAY 31 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, Inc.

    Plaintiff,

vs.

JOSEFINA TRUJILLO, a/k/a Josefina A. Trujillo, Individually and d/b/a The Roundup a/k/a Paraiso Night Club

    Defendant(s).

Case Number: CV-11-1159-PSG

STIPULATION GRANTING DEFENDANT ADDITIONAL TIME TO ANSWER COMPLAINT

IT IS HEREBY STIPULATED by and between the parties hereto that Defendant's time in which to file an answer is extended from May 31, 2011 to June 30, 2011.

Defendant contends that there is good cause for this extension. Defendant is proceeding pro se and has just been advised of what is required of her to file an answer in response to Plaintiff's complaint. Defendant furthermore contends that she will need more time to effectively respond to Plaintiff's complaint. With more time to answer, Defendant can formulate a better answer, to the benefit of both the Court and Plaintiff.

**SO STIPULATED.**

STIPULATION GRANTING
DEFENDANT ADDITIONAL TIME
TO ANSWER COMPLAINT

1

Case No.: CV-11-1159-PSG

|   |   |
|---|---|
| 3 | Dated: May 30, 2011 |
|   | *Josefina Trujillo* |
|   | Pro Se |
| 6 | Dated: 5/31/11 |
|   | *Thomas P. Riley* |
|   | Law Offices of Thomas P. Riley, P.C. |

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Defendant's time to answer the Complaint is extended from May 31, 2011 to June 30, 2011.

**SO ORDERED.**

Dated: June 2, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

STIPULATION GRANTING
DEFENDANT ADDITIONAL TIME
TO ANSWER COMPLAINT

2

Case No.: CV-11-1159-PSG