UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>              Plaintiff,<br>    v.<br><br>JOSEFINA TRUJILLO A/K/A JOSEFINA A. TRUJILLO, INDIVIDUALLY and d/b/a THE ROUNDUP A/K/A PARAISO NIGHT CLUB,<br><br>              Defendant. | Case No.: 11-CV-01159-LHK<br><br>ORDER REGARDING STATUS OF CASE |

Plaintiff J&J Sports Productions, Inc. filed a complaint against Josefina Trujillo a/k/a Josefina A. Trujillo d/b/a The Roundup, aka Paraiso Night Club ("Plaintiff") on March 10, 2011. Defendant apparently served an Answer on Plaintiff, although Defendant has never filed the Answer with the Court. *See* ECF No. 12. Plaintiff filed a motion to strike the affirmative defenses in Defendant's Answer on July 19, 2011. A case management conference was held on July 27, 2011, at which Defendant failed to appear. At the case management conference, Defendant was ordered to (1) file a copy of her Answer by August 3, 2011, and (2) respond to Plaintiff's motion to strike by August 5, 2011. Defendant has, to date, failed to comply with both court orders.

Pending before the Court is Plaintiff's motion to strike, set for hearing on October 13, 2011. The Defendant has yet to file her Answer, and therefore, the Court cannot evaluate Plaintiff's motion to strike Defendant's affirmative defenses. Plaintiff is therefore ordered to file a status update by October 5, 2011, informing the Court whether the Plaintiff has been in contact with the

1

Case No.: 11-CV-01159-LHK
ORDER REGARDING STATUS OF CASE

Defendant, other than receipt of the served Answer, and if not, whether Plaintiff intends to seek a Notice of Default in light of the Plaintiff's failure to file an Answer.

**IT IS SO ORDERED.**

Dated: September 30, 2011

_____
LUCY H. KOH
United States District Judge