United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSEFINA TRUJILLO, et al. <br><br> Defendants. | Case No. 11-cv-01159 LHK <br><br> **ORDER REFERRING LITIGANT TO THE FEDERAL PRO BONO PROJECT/FLASH FOR PRO BONO COUNSEL, STAYING THE PROCEEDINGS AND APPOINTING PRO BONO COUNSEL** |

**Defendant, Josefina Trujillo**, an unrepresented pro se party in this case, has requested and is in need of counsel to assist in this matter. The FLASH program has reviewed and screened **Ms. Trujillo** for compliance with the requirements for appointed counsel of the Federal Pro Bono Project.

FLASH has determined that **Ms. Trujillo,** a pro se party to this action, has unsuccessfully tried to obtain private counsel, is unable to afford private counsel, and meets the income qualifications of the Federal Pro Bono Project for appointed counsel.

Furthermore, FLASH obtained private counsel willing and able to represent **Ms. Trujillo**, for full scope pro bono representation.

United States District Court
For the Northern District of California

1  Good and just cause appearing, IT IS HEREBY ORDERED that **Defendant Josefina**

2  **Trujillo** is referred to FLASH for appointment of pro bono counsel, and that pro bono counsel is

3  hereby appointed, as provided below:

4      1.   Because **Defendant Josefina Trujillo** has requested, and is in need of

5  counsel to assist in this matter, and a volunteer attorney is willing to be appointed to undertake this

6  representation at the request of FLASH, **Sayuri Sharper** is hereby appointed as counsel for

7  **Defendant Josefina Trujillo** in this matter.

8      2.   All proceedings in this action are hereby stayed four weeks from today's date.

9

10  IT IS SO ORDERED.

11

12  Dated: November 29, 2011

13  _Lucy H. Koh_
14  Lucy H. Koh
    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26      2

27

28