Thomas P. Riley (Bar No. 194706)
TPRLAW@att.net
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030
Telephone: (626) 799-9797
Facsimile: (626) 799-9795
Attorneys for Plaintiff J & J Sports Productions, Inc.

Sayuri K. Sharper (Bar No. 232331)
ssharper@sharperlaw.com
**PRO BONO PROJECT SILICON VALLEY**
480 N. First Street
San Jose, CA 95112
Telephone: (408) 998-5298
Facsimile: (408) 971-9672
Attorneys for Defendant Josefina Trujillo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 11-CV-1159-LHK |
| | Case No. 11-CV-1170-LHK |
| Plaintiff, | Case No. 11-CV-5443-LHK |
| v. | **STIPULATION OF DISMISSAL OF PLANTIFF'S COMPLAINT AGAINST DEFENDANT JOSEFINA TRUJILLO A/K/A JOSEFINA A. TRUJILLO, INDIVDUALLY and d/b/a THE ROUNDUP A/K/A PARAISO NIGHT CLUB and d/b/a JOANNA'S RESTAURANT** |
| JOSEFINA TRUJILLO A/K/A JOSEFINA A. TRUJILLO, INDIVDUALLY and d/b/a THE ROUNDUP A/K/A PARAISO NIGHT CLUB and d/b/a JOANNA'S RESTAURANT | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant JOSEFINA TRUJILLO A/K/A JOSEFINA A. TRUJILLO, INDIVIDUALLY and d/b/a THE ROUNDUP A/K/A PARAISO NIGHT CLUB and d/b/a JOANNA'S RESTAURANT that the above-entitled actions are hereby dismissed **without prejudice** against JOSEFINA TRUJILLO A/K/A JOSEFINA A. TRUJILLO, INDIVIDUALLY and d/b/a THE ROUNDUP A/K/A PARAISO NIGHT CLUB and d/b/a JOANNA'S RESTAURANT, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 30, 2015, the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: May 18, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: May 18, 2012

PRO BONO PROJECT SILICON VALLEY
By: Sayuri K. Sharper
Attorneys for Defendant
JOSEFINA TRUJILLO A/K/A JOSEFINA A. TRUJILLO, INDIVIDUALLY and d/b/a THE ROUNDUP A/K/A PARAISO NIGHT CLUB and d/b/a JOANNA'S RESTAURANT

**IT IS SO ORDERED:**   The Clerk shall close the file.

_Lucy H. Koh_
The Honorable Lucy H. Koh
United States District Court
Northern District of California

Dated: May 18, 2012