1  Thomas P. Riley (Bar No. 194706)
   TPRLAW@att.net
2  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
   First Library Square
3  1114 Fremont Avenue
   South Pasadena, CA 91030
4  Telephone: (626) 799-9797
   Facsimile: (626) 799-9795
5  Attorneys for Plaintiff J & J Sports Productions, Inc.

6  Sayuri K. Sharper (Bar No. 232331)
   ssharper@sharperlaw.com
7  **PRO BONO PROJECT SILICON VALLEY**
   480 N. First Street
8  San Jose, CA 95112
   Telephone: (408) 998-5298
9  Facsimile: (408) 971-9672
   Attorneys for Defendant Josefina Trujillo
10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                            San Jose Division

14 | J & J SPORTS PRODUCTIONS, INC., | ) Case No. 11-CV-1159-LHK
                                       ) Case No. 11-CV-1170-LHK
15 |       Plaintiff,                   ) Case No. 11-CV-5443-LHK
                                        )
16 |       v.                           ) **STIPULATION OF DISMISSAL OF**
                                        ) **PLANTIFF'S COMPLAINT AGAINST**
17 |                                    ) **DEFENDANT JOSEFINA TRUJILLO**
   | JOSEFINA TRUJILLO A/K/A JOSEFINA A. ) **A/K/A JOSEFINA A. TRUJILLO,**
18 | TRUJILLO, INDIVDUALLY and d/b/a THE ) **INDIVDUALLY and d/b/a THE ROUNDUP**
   | ROUNDUP A/K/A PARAISO NIGHT CLUB   ) **A/K/A PARAISO NIGHT CLUB and d/b/a**
19 | and d/b/a JOANNA'S RESTAURANT      ) **JOANNA'S RESTAURANT**

20 |      Defendant.

21
        **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS,
22
   INC. and Defendant JOSEFINA TRUJILLO A/K/A JOSEFINA A. TRUJILLO, INDIVIDUALLY
23
   and d/b/a THE ROUNDUP A/K/A PARAISO NIGHT CLUB and d/b/a JOANNA'S
24
   RESTAURANT that the above-entitled actions are hereby dismissed **without prejudice** against
25
   JOSEFINA TRUJILLO A/K/A JOSEFINA A. TRUJILLO, INDIVIDUALLY and d/b/a THE
26
   ROUNDUP A/K/A PARAISO NIGHT CLUB and d/b/a JOANNA'S RESTAURANT, and subject
27
   to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.
28

1  **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 30, 2015, the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: May 18, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: May 18, 2012

PRO BONO PROJECT SILICON VALLEY
By: Sayuri K. Sharper
Attorneys for Defendant
JOSEFINA TRUJILLO A/K/A JOSEFINA A. TRUJILLO, INDIVIDUALLY and d/b/a THE ROUNDUP A/K/A PARAISO NIGHT CLUB and d/b/a JOANNA'S RESTAURANT

**IT IS SO ORDERED:** The Clerk shall close the file.

_Lucy H. Koh_
The Honorable Lucy H. Koh
United States District Court
Northern District of California

Dated: May 18, 2012